UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALAN DEARMAN,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Respondent. | No. 2:21-cv-2412 CKD P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee. See 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

/////

/////

/////

/////

/////

2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee.  Petitioner's failure to comply with this order will result in dismissal.

Dated: January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dear2412.103