UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALAN DEARMAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JULIE KAPLAN,<br><br>　　　　Respondent. | No.  2:21-cv-2412-TLN-CKD<br><br><br>**ORDER** |

　　　Petitioner is proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 1, 2023, the magistrate judge filed findings and recommendations herein which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2023 (ECF No. XX) are ADOPTED IN FULL;
2. Petitioner's application for a writ of habeas corpus (ECF No. XX) is DENIED;
3. The Clerk of Court is directed to close this case; and
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: August 16, 2023

_____
Troy L. Nunley
United States District Judge